■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY JACKSON, Appellant. [19 NYS3d 885]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered August 14, 2014, convicting defendant, upon his plea of guilty, of sex trafficking, and sentencing him, as a second felony offender, to a term of 9 to 18 years, unanimously modified, on the law, to the extent of vacating the supplemental sex offender fee, and otherwise affirmed.

Although we do not find that defendant made a valid waiver of his right to appeal, we perceive no basis for reducing the sentence. As the People concede, the imposition of a supplemental sex offender fee, as reflected in the Uniform Sentence and Commitment Sheet, should be vacated because sex trafficking is not one of the enumerated offenses for which that fee may be imposed (*see* Penal Law § 60.35 [1] [b]). Concur—Sweeny, J.P., Acosta, Andrias and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PONDEXTER, Appellant. [19 NYS3d 885]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Laura A. Ward, J.), rendered on or about December 5, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P, Acosta, Andrias and Moskowitz, JJ.